# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JANON POWELL, Individually & On Behalf of All Others Similarly Situated | § § § | |
| vs. | § | C.A. NO. 2:25-CV-00317-RWS-RSP |
| | § § | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | § § | |

## ORDER

Before the Court is the Stipulation of Dismissal with Prejudice filed by Plaintiff Janon Powell. Dkt. No. 9. Because the opposing party has not served an answer or a motion for summary judgment, the Court treats this dismissal as a notice of dismissal under Rule 41(a)(1)(A)(i). In the Stipulation, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH PREJUDICE. *Id*. at 1.

In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 3rd day of July, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE